January 26, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

AKILAH WILLERY, Appellant

NO. 14-11-00889-CV                    V.

FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE,
Appellee
_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on September 26, 2011.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by AKILAH WILLERY.

We further order this decision certified below for observance.